Case 4:16-cr-01663-JGZ-EJM   Document 3   Filed 08/31/16   Page 1 of 2

JOHN S. LEONARDO
United States Attorney
District of Arizona
CHRISTOPHER A. BROWN
MICHAEL R. LIZANO
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
christopher.brown7@usdoj.gov
michael.perez-lizano@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

2016 AUG 31 P 4: 03

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

1. Richard Corrie Beals,
   (Counts 1-2)

    Defendant.

CR16-1663 TUC JGZ(BPV)

I N D I C T M E N T

Violation: 18 U.S.C. § 875(c)
(Transmitting a Communication
Containing a Threat to Kidnap or
Injure)

Counts 1-2

**VICTIM CASE**

(UNDER SEAL)

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 25, 2014, in the District of Arizona, RICHARD CORRIE BEALS, named herein as defendant, knowingly and willfully did transmit in interstate and foreign commerce from Tucson, State of Arizona, to the State of Utah, an e-mail communication to T. R., and the communication contained a threat to injure N. C., specifically ". . .I'm going to Kill [N. C.] someday unless I see some Justice . . ."; all in violation of Section 875(c) of Title 18 of the United States Code.

### COUNT 2

On or about April 29, 2015, in the District of Arizona, RICHARD CORRIE BEALS, named herein as defendant, knowingly and willfully did transmit in interstate and foreign

commerce from Tucson, State of Arizona, to the State of Utah, an e-mail communication to J. B., among others, and the communication contained a threat to injure J. H., among others, specifically "I've never hurt anyone in my life, but maybe its (sic) time to start shooting you Mormon MotherFuckers, all I want is due process, and freedom from you lying thieving Mormon Bastards."; all in violation of Section 875(c) of Title 18 of the United States Code.

A TRUE BILL

*/s/*
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/*
Assistant U.S. Attorney

Dated: August 31, 2016

REDACTED FOR PUBLIC DISCLOSURE