JOHN S. LEONARDO
United States Attorney
District of Arizona
CHRISTOPHER A. BROWN
MICHAEL R. LIZANO
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: christopher.brown7@usdoj.gov
Email: michael.perez-lizano@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 16-01663-TUC-JGZ (EJM) |
| Plaintiff, | NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1(a) |
| vs. | |
| Richard Corrie Beals, | |
| Defendant. | |

Notice is hereby given, pursuant to LRCrim 16.1(a), that all confessions, admissions and statements provided in government disclosure will be introduced into evidence by the government at the trial in this matter. *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Respectfully submitted this 19th day of December, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/Michael R. Lizano*

MICHAEL R. LIZANO
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 19th day of December, 2016, to:
Richard Corrie Beals